UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JOSHUA HARDY, individually and on behalf of all others similarly situated, | § § § | CASE NO: 2:22-cv-00322-PPS-JEM |
| Plaintiffs, | § § | JURY TRIAL DEMANDED |
| v. | § § | |
| NISOURCE INC., | § § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| Defendant. | § | |

**NOTICE OF FILING NOTICE OF CONSENT**

Plaintiff hereby submits the attached notices of consent:

1. Herring, Travis

1

Respectfully submitted,

By: /s/ *Andrew W. Dunlap*
    **Michael A. Josephson**
    Texas Bar No. 24014780
    **Andrew W. Dunlap,** *Pro Hac Vice*
    Texas Bar No. 24078444
    **JOSEPHSON DUNLAP LAW FIRM**
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77046
    Tel: (713) 352-1100
    Fax: (713) 352-3300
    mjosephson@mybackwages.com
    adunlap@mybackwages.com

    **Richard J. (Rex) Burch**
    Texas Bar No. 24001807
    **BRUCKNER BURCH PLLC**
    11 Greenway Plaza, Suite 3025
    Houston, Texas 77046
    Tel: (713) 877-8788
    Fax: (713) 877-8065
    rburch@brucknerburch.com

    **Douglas M. Werman**
    **Werman Salas P.C.**
    77 W. Washington St. Suite 1402
    Chicago, Illinois 60602
    Tel: (312) 419-1008
    dwerman@flsalaw.com

    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 30th day of January 2023.

    /s/ *Andrew W. Dunlap*
    **Andrew W. Dunlap**